864 A.2d 1198

**PIONEER COMMERCIAL FUNDING CORP. and Bank One, Texas, N.A.,**

v.

**AMERICAN FINANCIAL MORTGAGE CORP. and Thomas F. Flatley and Northwest Funding, Inc. and Corestates Bank, N.A.**

**Appeal of Corestates Bank, N.A.**

Supreme Court of Pennsylvania.

Dec. 20, 2004.

## *ORDER*

PER CURIAM.

**AND NOW,** this 20th day of December, 2004, the application for reargument and associated requests for extensions of time to file *amicus* briefs are DENIED.

Justice NEWMAN did not participate in the consideration or decision of this case.